IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

HARRY STEPHENS FARMS, INC.; and
HARRY STEPHENS, individually and as
managing partner of STEPHENS PARTNERSHIP           PLAINTIFF

V.                           2:06CV00166 JMM

WORMALD AMERICAS, INC.,
Successor to ANSUL, INC.; and
HELENA CHEMICAL CO., INC.
EXXON MOBILE CORPORATION
Successor to MOBIL CHEMICAL CO.                    DEFENDANTS

## ORDER

After consideration of the motion to admit counsel John R. Potter *pro hac vice*, and it appearing to the Court that Mr. Potter meets the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion, docket #66, should be, and hereby is, GRANTED.

SIGNED this 4th day of April, 2007.

James M. Moody
United States District Judge