# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**HARRY STEPHENS FARMS, INC.; and
HARRY STEPHENS, individually and as
managing partner of STEPHENS PARTNERSHIP**               **PLAINTIFF**

**V.**                        **4:07CV00278 JMM**

**WORMALD AMERICAS, INC.,
Successor to ANSUL, INC.; and
HELENA CHEMICAL CO., INC.
EXXON MOBILE CORPORATION
Successor to MOBIL CHEMICAL CO.**                        **DEFENDANTS**

**HARRY STEPHENS FARMS, INC.; and
HARRY STEPHENS, individually and as
managing partner of STEPHENS PARTNERSHIP**               **PLAINTIFF**

**V.**                        **2:06CV00166 JMM**

**WORMALD AMERICAS, INC.,
Successor to ANSUL, INC.; and
HELENA CHEMICAL CO., INC.
EXXON MOBILE CORPORATION
Successor to MOBIL CHEMICAL CO.**                        **DEFENDANTS**

## ORDER

Pending before the Court are Defendants' notice of related case, docket # 1 and motion, docket # 9, to consolidate <u>Harry Stephens Farms, Inc., and Harry Stephens, Individually and as managing partner of Stephens Partnership v. Wormald Americas, Inc., successor to Ansul, Inc., Helena Chemical Company; and Exxon Mobil Corporation, Successor to Mobil Chemical Co.</u>, Case No. 4:07CV00278 JMM with <u>Harry Stephens Farms, Inc., and Harry Stephens, Individually and as managing partner of Stephens Partnership v. Wormald Americas, Inc., successor to Ansul, Inc., Helena Chemical Company; and Exxon Mobil Corporation, Successor to Mobil Chemical Co.</u>, Case No. 2:06CV00166 JMM. The parties agree and the Court finds that the above styled cases are

identical in parties, claims and relief and all stem from the same real property and, therefore, should be consolidated to avoid unnecessary costs and/or delay.

IT IS THEREFORE ORDERED that 4:07CV00278 JMM, be and is hereby consolidated with 2:06CV00166 JMM, with 2:06CV00166 JMM designated as the lead case. All further pleadings should show both case numbers but will be docketed in the lead case only.

Dated this 16th day of April, 2007.

James M. Moody
United States District Judge