IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**HARRY STEPHENS FARMS, INC.; and**
**HARRY STEPHENS, individually and as**
managing partner of **STEPHENS PARTNERSHIP**          **PLAINTIFF**

V.            2:06CV00166 JMM
              2:07CV00278

**WORMALD AMERICAS, INC.,**
Successor to **ANSUL, INC.; and**
**HELENA CHEMICAL CO., INC.**
**EXXON MOBILE CORPORATION**
Successor to **MOBIL CHEMICAL CO.**                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, Judgment is hereby entered in favor of the Defendants. The Complaint is dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 24th day of October 2007.

_____
James M. Moody
United States District Judge