IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HARRY STEPHENS FARMS, INC.; and**
**HARRY STEPHENS, individually and as**
**managing partner of STEPHENS PARTNERSHIP**            **PLAINTIFF**

**V.**

CASE NO.  2:06CV00166 JMM
Consolidated with
CASE NO.  4:07CV00278 JMM

**WORMALD AMERICAS, INC.,**
**Successor to ANSUL, INC.; and**
**HELENA CHEMICAL CO., INC.**
**EXXON MOBILE CORPORATION**
**Successor to MOBIL CHEMICAL CO.**                     **DEFENDANTS**

### ORDER

Pending is the motion of Helena Chemical Company ("Helena") to sustain objections or, in the alternative, for protective order.  (Docket # 168).   Helena objects to the 30(b)(6) notice of deposition served by Plaintiffs and requests that the Court limit the scope of permissible inquiry.

For good cause shown, the Court will limit the scope of inquiry to matters concerning the former Cedar Chemical plant in Phillips County, Arkansas.  Conduct on the part of Helena having no relation to the Cedar Plant will be excluded.  Further, the Court will impose a time limit restriction.  Plaintiffs may inquire into matters prior to 1970 only to the extent they relate to the Cedar Plant.  Plaintiffs' may inquire into matters extending beyond Helena's presence at the Cedar Plant only to the extent that it relates to the Cedar Plant.

The Court will not impose further restrictions prior to the deposition.  Accordingly, the motion is granted in part and denied in part as set forth herein.

IT IS SO ORDERED  this 4th day of May, 2010.


_____

James M. Moody
United States District Judge