IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HARRY STEPHENS FARMS, INC.; and
HARRY STEPHENS, individually and as
managing partner of STEPHENS PARTNERSHIP              PLAINTIFF

V.

                        CASE NO.  2:06CV00166 JMM
                        Consolidated with
                        CASE NO.  4:07CV00278 JMM

WORMALD AMERICAS, INC.,
Successor to ANSUL, INC.; and
HELENA CHEMICAL CO., INC.
EXXON MOBILE CORPORATION
Successor to MOBIL CHEMICAL CO.                       DEFENDANTS

## ORDER

Pending is Plaintiffs' motion for dismissal with prejudice. (Docket # 221).  There are no pending counterclaims nor cross claims. The Court finds that the Motion is well-taken and is hereby GRANTED.  This matter as to Defendant Tyco Fire Products, LP, formerly known as Wormald Americas, Inc., Wormald U.S., Inc. and Ansul, Inc., is hereby DISMISSED WITH PREJUDICE. Defendant Tyco Fire Products, LP, formerly known as Wormald Americas, Inc., Wormald U.S., Inc. and Ansul, Inc.'s motion for summary judgment, docket # 191 is hereby moot.

IT IS SO ORDERED  this 12th day of July, 2010.

                                                               _____
                                                               James M. Moody
                                                               United States District Judge