IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HARRY STEPHENS FARMS, INC.; and
HARRY STEPHENS, individually and as
managing partner of STEPHENS PARTNERSHIP           PLAINTIFF

V.

                       CASE NO.  2:06CV00166 JMM
                       Consolidated with
                       CASE NO.  4:07CV00278 JMM

WORMALD AMERICAS, INC.,
Successor to ANSUL, INC.; and
HELENA CHEMICAL CO., INC.
EXXON MOBILE CORPORATION
Successor to MOBIL CHEMICAL CO.                    DEFENDANTS

## ORDER

Pending is Helena Chemical Company's Rule 36(a)(6) motion to deem admitted requests for admission.  (Docket # 172).  Plaintiffs have responded and Helena Chemical Company has filed a reply.  Plaintiffs indicate a willingness to work out this discovery issue without the Court's intervention, however, Helena's reply indicates that efforts to resolve the issue have been unsuccessful.

The motion to deem the requests for admissions admitted is denied at this time.  The parties are directed to confer and Plaintiffs are directed to provide amended responses to the requests on or before August 2, 2010.  Helena may refile its motion with respect to those issues the parties are unable to resolve.

IT IS SO ORDERED  this 16th day of July, 2010.

                                                  James M. Moody
                                                United States District Judge