IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HARRY STEPHENS FARMS, INC.; and
HARRY STEPHENS, individually and as
managing partner of STEPHENS PARTNERSHIP                    PLAINTIFF

V.

                     CASE NO.  2:06CV00166 JMM
                     Consolidated with
                     CASE NO.  4:07CV00278 JMM

WORMALD AMERICAS, INC.,
Successor to ANSUL, INC.; and
HELENA CHEMICAL CO., INC.
EXXON MOBILE CORPORATION
Successor to MOBIL CHEMICAL CO.                             DEFENDANTS

## ORDER

Pending are Defendants' motions to strike Plaintiffs' late filed *Daubert* motions.  (Docket #'s  334, 335 and 346).  Defendants' motions are DENIED.  The Court will consider Plaintiffs' arguments regarding the admissibility of Defendants' expert witnesses, Rhona Weaver, Robert M. Zoch, Jr, and Robert E. Hinchee at the time of trial.  Defendants are not required to respond in writing to Plaintiffs' motions.  The Court will hear the argument of counsel regarding the admissibility of the testimony of each witness at the time of trial.

IT IS SO ORDERED  this 16th day of September, 2010.

                                                    James M. Moody
                                                    United States District Judge