IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HARRY STEPHENS FARMS, INC.; and
HARRY STEPHENS, individually and as
managing partner of STEPHENS PARTNERSHIP                    PLAINTIFF

V.

                  CASE NO.  2:06CV00166 JMM
                  Consolidated with
                  CASE NO.  4:07CV00278 JMM

WORMALD AMERICAS, INC.,
Successor to ANSUL, INC.; and
HELENA CHEMICAL CO., INC.
EXXON MOBILE CORPORATION
Successor to MOBIL CHEMICAL CO.                              DEFENDANTS

## ORDER

Having been advised that the parties have reached a settlement in this case, all pending motions are denied as moot. The trial scheduled to begin October 15, 2010 will be removed from the trial docket.

IT IS SO ORDERED  this 27th day of September, 2010.

                                                  James M. Moody
                                                  United States District Judge