- 

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**HARRY STEPHENS FARMS, INC.; and**
**HARRY STEPHENS, Individually and as**
**managing partner of STEPHENS PARTNERSHIP,**

  **Plaintiffs**

v.                                          **CASE NO. 2:06-CV-00166 JMM**
                                                   **4:07-CV-00278 JMM**
                                                   **(Consolidated in above)**

**HELENA CHEMICAL CO., INC., and**
**EXXON MOBIL CORPORATION,**
**successor to MOBIL CHEMICAL CO.**

  **Defendants.**

## ORDER OF DISMISSAL WITH PREJUDICE AS TO CLAIMS AGAINST EXXON MOBIL CORPORATION

Plaintiffs Harry Stephens Farms, Inc., and Harry Stephens, individually and as managing partner of Stephens Partnership and Defendant Exxon Mobil Corporation, by and through their respective counsel, represent to the Court that all matters, issues and causes of action between Plaintiffs and Defendant Exxon Mobil Corporation have been resolved, by the terms of which Plaintiffs' cause of action is to be dismissed with prejudice.  It is therefore ORDERED, ADJUDGED AND DECREED that the Plaintiffs' complaint, claims and causes of action against Exxon Mobil Corporation are hereby dismissed with prejudice with each party to bear its own costs.

**ENTERED**, this 15th day of October, 2010.

                                                                          _____
                                                                          **HON. JAMES M. MOODY**
                                                                          **UNITED STATES DISTRICT JUDGE**

**APPROVED FOR ENTRY**:

ENVIRONMENTAL LITIGATION GROUP, P.C.

s/Gregory A. Cade
Gregory A. Cade
Kevin B. McKie


3529 Seventh Avenue South
Birmingham, AL  35222


s/Donald Knapp
Donald Knapp

107 Hickory Hills Drive
Helena, AR  72342

*Attorneys for Plaintiffs Harry Stephens Farms, Inc., and Harry Stephens, individually and as managing member of Stephens Partnership*


WOOLF, McCLANE, BRIGHT,
   ALLEN & CARPENTER, PLLC

s/Howard E. Jarvis
Howard E. Jarvis  BPR #006673
Dean T. Howell  BPR #022130

Post Office Box 900
Knoxville, Tennessee  37901-0900
(865) 215-1000


QUATTLEBAUM, GROOMS, TULL & BURROW, PLLC

s/Joseph W. Ghormley
Joseph W. Ghormley, Ark. Bar #2000056

111 Center Street, Suite 1900
Little Rock, AR  72201
(501) 379-1700

*Attorneys for Defendant Exxon Mobil Corporation*