IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

HARRY STEPHENS FARMS, INC.; and
HARRY STEPHENS, Individually and as
managing partner of STEPHENS PARTNERSHIP,

    Plaintiffs

v.                              CASE NO. 2:06-CV-00166 JMM
                                     2:07-CV-00278 JMM
                                    (Consolidated in above)

HELENA CHEMICAL COMPANY, and
EXXON MOBIL CORPORATION,
successor to MOBIL CHEMICAL CO.

    Defendants.

## STIPULATION AND ORDER OF DISMISSAL, WITH PREJUDICE, OF HELENA CHEMICAL COMPANY

This matter comes before the Court upon the representation of Plaintiffs and Defendant, Helena Chemical Company ("Helena"), that all claims of Plaintiffs against Helena set forth in this lawsuit, including environmental contamination and damages, have been settled. Pursuant to F.R.Civ.Proc. 41, Plaintiffs and Helena stipulate to the dismissal of Plaintiffs' Complaint against Helena, with prejudice to refiling. Each party shall bear its own costs.

    IT IS SO ORDERED.

                                                        Judge James M. Moody

AGREED TO:

**Harry Stephens Farms, Inc., Harry Stephens, III, individually and as managing partner of Stephens Partnership ("Plaintiffs")**

By: _____
Gregory A. Cade (*pro hac vice*)
Mark L. Rowe (*pro hac vice*)
Kevin B. McKie (*pro hac vice*)
Environmental Litigation Group, P.C.
3529 Seventh Avenue South
Birmingham, AL 35222
Tele: 205-328-9200
Fax: 205-328-9456
GregC@elglaw.com
Mark@elglaw.com
kmckie@elglaw.com

Attorneys for Plaintiffs


**Helena Chemical Company**

By: _____
Kim K. Burke (*pro hac vice*)
Heidi H. Trimarco (*pro hac vice*)
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Tele: 513-357-9369
Fax: 513-381-0205
kburke@taftlaw.com
trimarco@taftlaw.com

John K. Baker (Ark. Bar No. 97024)
Mitchell, Williams, Selig, Gates & Woodyard PLLC
425 W. Capitol Avenue, Suite 1800
Little Rock, AR 72201
Tele: 501-688-8800
Fax: 501-688-8807
jbaker@mwlaw.com

Attorneys for Defendant,
Helena Chemical Company